FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN -6 AM 9: 57

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ALFREDO CEBALLOS MUNOZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 305-64 |
| | ) | |
| MICHAEL PUGH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. The arguments raised by Petitioner have been addressed and rejected in this district, <u>Carabollo-Rodriguez v. Pugh</u>, CV 304-081 (S.D. Ga. June 13, 2005), and Petitioner cites no controlling authority in support of his position that the Court should reach an alternative conclusion. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Respondent.

SO ORDERED this 6th day of January, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE